# EXHIBIT A



7825 Washington Ave. S. Ste. 200
Minneapolis, MN 55439-2400

| Date: | February 13, 2013 |
|---|---|
| Consumer ID #: | IV4847 |
| Account #: | See Reverse Side |
| Current Creditor: | See Reverse Side |
| Amount Due: | $2,382.77 |
| Access PIN: | |

Dear Ismet Deari,

This letter is sent to you on behalf of the creditor above and is intended to provide you with notice that the above referenced account has been sent to Integrity Solution Services, Inc for collection.

The total amount due is $2,382.77 and may be sent to the address listed at the bottom of this letter, or you may contact Integrity Solution Services, Inc at 1-866-994-0295 to discuss options to resolve this matter. Our hours of operation are Monday-Thursday: 7:00 A.M.- 9:00 P.M. CT, Friday: 7:00 A.M.- 7:00 P.M. CT, Saturday: 8:00 A.M.-12:00 P.M. CT.

You may also make a payment online at: www.pfgservices.com.

This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Calls to or from this company may be monitored and recorded.

NOTICE: Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

Sincerely,
Integrity Solution Services, Inc
1-866-994-0295

This collection agency is licensed by the Division of Banking, P.O. Box 7876, Madison, Wisconsin 53707.

### Integrity Solution Services, Inc Contacts

 **Hours of Operation:**
Monday-Thursday: 7:00 A.M.- 9:00 P.M. CT
Friday: 7:00 A.M.- 7:00 P.M. CT
Saturday: 8:00 A.M.-12:00 P.M. CT

 **Send Mail To:**
Integrity Solution Services, Inc
P.O. Box 7230
Overland Park, KS 66221-0230

 **Pay Online:**
www.pfgservices.com
PIN: 54852025

--- Please detach the bottom portion and mail with payment to the address below ---

P.O. Box 7230
Overland Park, KS 66221-0230

691011919285    153423/000076712/000000281

Ismet Deari
1808 21st Ave
Kenosha, WI 53140-1666

**IF PAYING BY CREDIT CARD, FILL OUT BELOW.**

VISA ☐   MasterCard ☐

| CARD NUMBER | | CC-ID# |
|---|---|---|
| SIGNATURE | | EXP. DATE |
| STATEMENT DATE | PAY THIS AMOUNT | AMOUNT PAID |
| February 13, 2013 | $2,382.77 | $ |
| CONSUMER ID# | | CURRENT CREDITOR |
| IV4847 | | |

**Mail Payment To:**

Integrity Solution Services, Inc
P.O. Box 7230
Overland Park, KS 66221-0230

pfg / newco1

| Consumer ID | Current Creditor | Original Creditor | Original Account# | Current Balance |
|---|---|---|---|---|
| ▮4090 | AT&T | | ▮4090 | $2,019.30 |
| ▮4090 | AT&T FEE | | ▮4090 | $363.47 |

pfg / newco1